**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

NATIONAL RESOURCES DEFENSE COUNCIL, INC.,

                        Plaintiff,

           -against-

U.S. DEPARTMENT OF THE INTERIOR, et al.,

                       Defendants.

------------------------------------------------------------x

18-CV-650 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a status conference on April 22, 2021. As directed at the conference, the parties shall file quarterly joint status letters. The letters shall be due within seven days after the end of each quarter, and the parties may file the letters earlier than the end of the quarter without impacting the due date of subsequent letters.

**SO ORDERED.**

Dated: New York, New York
April 22, 2021

                       _s/ Ona T. Wang_
                          **Ona T. Wang**
              United States Magistrate Judge